United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Xiangyu Hu, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-598 |
| | § | |
| Kristi Noem et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to Petitioner's Notice of Voluntary Dismissal as to all Defendants filed on April 8, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this _9_ day of April, 2026.

DAVID HITTNER
United States District Judge